UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LEE MILLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-01858-PJH<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 2 |

Plaintiff, a state prisoner, proceeds with a pro se civil action against a governmental entity. Court records indicate that plaintiff already proceeds with a case in this court concerning similar claims. *See Miller v. Dean,* Case No. 23-cv-1783 PJH. This case is dismissed as duplicative. *See Adams v. Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007). The court will review plaintiff's claims in the earlier filed case.

For the foregoing reasons, this case is **DISMISSED** as duplicative. The pending motion (Dkt. No. 2) is **VACATED**. No fee is due. The clerk shall close this case.

**IT IS SO ORDERED.**

Dated: May 4, 2023

　　　　　　　　　　　　　　　　　　　 /s/ Phyllis J. Hamilton
　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　United States District Judge